UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
METROPOLITAN TOWER LIFE INSURANCE :
COMPANY, :
: 23-CV-1630 (JMF)
Plaintiff, :
: ORDER
-v- :
:
TANIA J. CORREA, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 2, 2023, this Court issued an Order to Show Cause, explaining that "[b]ecause Plaintiff has alleged that each Defendant resides in Corona, New York, the Court is inclined to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a)." ECF No. 15.  Plaintiff now states that "MetLife Tower consents to this action being transferred to the United States District Court for the Eastern District of New York.  The filing of the action in the United States District Court for the Southern District of New York was in error, and MetLife Tower agrees that the action should have been filed in the Eastern District of New York." ECF No. 17.  In light of that, the case is hereby TRANSFERRED to the Eastern District of New York. Any pending motions and deadlines in this Court are moot.  All conferences are canceled.  The Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York **immediately**, without regard to Local Rule 83.1.

       SO ORDERED.

Dated: March 10, 2023
       New York, New York

                                          JESSE M. FURMAN
                                   United States District Judge